■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY HOWE, Appellant. [683 NYS2d 430] —Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Richmond County (Meyer, J.), imposed February 6, 1997.

Ordered that the appeal is dismissed.

The defendant has absconded and therefore is unavailable to obey the mandate of the court in the event of an affirmance (see, People v Howe, 32 NY2d 766, 767). Mangano, P. J., Rosenblatt, Thompson, Joy and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD JONES, Appellant. [683 NYS2d 430] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 29, 1996 (People v Jones, 229 AD2d 597), affirming a judgment of the Supreme Court, Kings County, rendered January 6, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see, Jones v Barnes, 463 US 745). Mangano, P. J., Rosenblatt, Santucci and Joy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ASHTON R. NEDRICK, Appellant. [683 NYS2d 431] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 29, 1990 (People v Nedrick, 166 AD2d 725), modifying a judgment of the Supreme Court, Kings County, rendered April 22, 1987, and affirming an order of the same court, dated May 25, 1989.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see, Jones v Barnes, 463 US 745). Mangano, P. J., Bracken, Rosenblatt and Sullivan, JJ., concur.